UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NORBERTO VEGA-ALVARADO,

Plaintiff,

vs.

ERIC H. HOLDER, JR.,

Defendant.

Case No. CV 09-5591 RSWL (AJWx)

**ORDER RE CONFIDENTIALITY**

Upon stipulation of Plaintiff Norberto Vega-Alvarado and Defendant Eric H. Holder, Jr. (collectively, the "Parties"), and good cause appearing, the Court hereby adopts, as an Order of the Court, all terms of the Parties' stipulated Protective Order, as set forth in the Parties' Stipulation Re Confidentiality ("Stipulation"), filed with the Court on February 24, 2010. A copy of the Parties' Stipulation is attached to this Order.

IT IS SO ORDERED.

Dated: February _26, 2010

Hon. Andrew J. Wistrich
Judge, United States District Court