JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORBERTO VEGA-ALVARADO, ) | CV 09-5591 (AJWx) |
| ) | |
| ) | **JUDGMENT** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ERIC H. HOLDER, JR., ) | |
| ) | |
| ) | |
| Defendant. ) | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

///
///
///
///
///
///

1

1 **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment shall be entered in favor of Defendant Eric H. Holder, Jr. and against Plaintiff Norberto Vega-Alvarado.

DATED: January 28, 2011
**IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge